PD-0659-15

PD-0659-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/29/2015 12:21:46 PM
Accepted 6/1/2015 2:29:26 PM
ABEL ACOSTA
CLERK

NO. _____

## IN THE
## COURT OF CRIMINAL APPEALS
## OF TEXAS

| | | |
|---|---|---|
| **PAUL HENRI WAGNER** | ) | **APPELLANT** |
| **v.** | ) | |
| **THE STATE OF TEXAS** | ) | **APPELLEE** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes, Paul Henri Wagner, Appellant in the above styled and numbered cause, by and through his attorneys of record, Vincent W. Perini and Dan Wood, Jr., and pursuant to Texas Rules of Appellate Procedure 68.2(c), moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1.      The Court of Appeals below affirmed appellant's conviction in its opinion and judgment in *Paul Henri Wagner v. The State of Texas*, Case No. 05-13-01329-CR, (Tex.App. – Dallas, decided May 5, 2015); no motion for rehearing was filed and the petition for discretionary review is therefore due on June 4, 2015.

2.      Appellant requests an additional forty-five (45) days from the deadline stated above and Appellant asks this Court to order the petition to be due on or before July 19, 2015.

3.      No previous extensions have been requested.

4.      The facts relied upon to reasonably explain the need for an extension of time are as follows:  On May 28, 2015, Dan Wood, Jr., became associated as co-counsel to represent Appellant in regarding a petition for discretionary review. New counsel needs additional time to

**MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW, Page 1**

read the record and research grounds for the petition. Appellant does wish to pursue his right to file a petition for discretionary review and requests this court to allow additional time for new counsel to adequately prepare same

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests an extension of 45 days, i.e. until July 19, 2015, to file a petition for discretionary review.

Respectfully submitted,

VINCENT W. PERINI

DAN WOOD, JR
ATTORNEY AT LAW
4303 N. Central Expressway
Dallas, TX  75205
(214) 559-8815 Office tel.
(214) 696-0867 Fax

*/Dan Wood, Jr./*

By: _____

Dan Wood, Jr.
State Bar No. 21887050
Email: danwoodjr@sbcglobal.net

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that on May 29, 2015, a true and correct copy of the above and foregoing document was served upon the State of Texas by U.S. Mail addressed to: Hon. Susan Hawk, Criminal District Attorney, Attn: Appellant Division, 133 N. Riverfront Blvd., LB 19, Dallas, TX  75207.

*/Dan Wood, Jr./*

_____

Dan Wood, Jr.